**FILED**
February 5, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:13-mj-00035-EFB
       Plaintiff, )
v. )
) ORDER FOR RELEASE OF
JVON MATHIS, ) PERSON IN CUSTODY
)
       Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JVON MATHIS, Case No. 2:13-mj-00035-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

__X__ Bail Posted in the Sum of: $50,000.00

    __X__ Co-signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    __X__ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 2/5/2013 at 2:35 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge