Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  vs.<br><br><br>Jvon Mathis,<br><br>      Defendant. | Case No.: CR.S. 13-054 KJM<br><br>MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS |

    Defendant Jvon Mathis is charged in an indictment alleging two counts of violations of 21 U.S.C. §§s 841(a)(1) & § 846 – Distribution and Conspiracy to Distribute Cocaine; Possession of Cocaine with Intent to Distribute; and 18 U.S.C. 1951(a) – Conspiracy to Commit a Robbery Affecting Interstate Commerce.  Mr. Mathis is charged in counts one and two.  Mr. Mathis was placed on electronic monitoring as a condition of his release.  The parties agree and stipulate, with the agreement of pre-trial services that continued electronic monitoring is not necessary and that condition should be stricken from his pre-trial release conditions.

-1-

///

///

///

Dated: May 6, 2013                    Respectfully submitted,


                                       /s/ Shari Rusk
                                      Shari Rusk
                                      Attorney for Defendant
                                      Jvon Mathis



                                       /s/ Jason Hitt
                                      Jason Hitt
                                      Assistant United States Attorney




**ORDER**


   IT IS SO ORDERED.  The Court strikes the electronic monitoring condition from defendant's pre-trial release conditions.

Dated:  May 9, 2013


_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE